UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARION BRYAN, ET AL

VERSUS

CALDWELL HOLDINGS, L.L.C.

CIVIL ACTION

NUMBER 06-825-RET-SCR

### ORDER

This case was assigned for telephone status conference on January 9, 2008. Counsel for the plaintiff advised the court by telephone on that date that a settlement has been reached and asked that the conference be canceled.

Therefore;

IT IS ORDERED that the conference set for January 9, 2007 is canceled.

Baton Rouge, Louisiana, January 10, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE